THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---

FAIRVIEW HEALTH SERVICES, INC.,

                      Plaintiff,

vs.                                  Court File No.  Civil No. 05-195  PAM/RLE

CHRISTIAN COMMUNITY HOMES AND
SERVICES, INC.,

                      Defendant.

---

GUIDEONE ELITE INSURANCE COMPANY,
                      Plaintiff,

vs.                                  Court File No.  Civil No. 05-688  PAM/RLE

CHRISTIAN COMMUNITY HOMES AND
SERVICES, INC., AND FAIRVIEW HEALTH
SERVICES, INC.,

                      Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

    Based upon the parties' Stipulation of Dismissal with Prejudice,

    **IT IS HEREBY ORDERED** that a dismissal of this matter with prejudice and on the merits, without costs to any party, shall be entered in the above-entitled matter.

Dated: December  2 , 2005        BY THE COURT:

                                                  s/Paul A. Magnuson
                                                  **Paul A. Magnuson**
                                                  **United States District Court Judge**